IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



MARIA RIVAS, et al.,

    Plaintiffs,

    v.

UGL SERVICES UNICCO OPERATIONS CO.,

    Defendant.

Case No. 1:12-cv-00900-TSE-JFA

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Maria Rivas, Carmen Sagastizado and Sandra Ventura, and Defendant UGL Services Unicco Operations Co. hereby stipulate and agree that each and every claim brought by Plaintiffs in the above-captioned action is voluntarily dismissed with prejudice, without costs, attorneys' fees or interest to either party.

It is hereby ORDERED that each and every one of the claims brought by Plaintiffs Maria Rivas, Carmen Sagastizado and Sandra Ventura in the above-captioned action shall be, and hereby are, DISMISSED with prejudice.

Dated: March 27, 2013

Respectfully submitted,

/s/ Megan N. Tumi
Nancy N. Delogu (Va. Bar No. 37826)
Megan N. Tumi (Va. Bar No. 77416)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W., Suite 900
Washington, DC 20036
202.842.3400 Telephone
202.842.0011 Facsimile
nndelogu@littler.com
mtumi@littler.com

Counsel for Defendant
UGL Services Unicco Operations Co.

/s/ Glenn S. Wainer
Glenn S. Wainer (Va. Bar No. 32914)
5827 Columbia Pike, Suite 505
Falls Church, VA 22041
703.931.6067 Telephone
703.671.7691 Facsimile
glennwainer@hotmail.com

Counsel for Plaintiffs
Maria Rivas, Carmen Sagastizado, and Sandra Ventura

**SO ORDERED:**

_____
Hon. T.S. Ellis, III
United States District Judge

Date: 3/27/13

/s/
T. S. Ellis, III
United States District Judge